IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MARIA CORTES, et al, | Case No. 6:23-cv-00680-MK |
| Plaintiffs, | ORDER |
| v. | |
| SPRINGFIELD PUBLIC SCHOOLS, SPRINGFIELD EDUCATORS' ASSOCIATION, and OREGON SCHOOL EMPLOYEES ASSOCIATION, | |
| Defendants. | |

MCSHANE, Judge:

Magistrate Judge Mustafa Kasubhai issued a Findings and Recommendation, ECF No. 73, and the matter is now before this Court. The review is *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998).

Defendant Oregon School Employees Association ("OSEA") moved to dismiss the claims against it, as well as the claims against Defendant Springfield Educators' Association ("SEA"), for lack of subject matter jurisdiction. ECF No. 67. Plaintiffs did not file a response. Neither party filed objections to the Findings and Recommendation.

Having carefully reviewed the record and Findings and Recommendation, the Court finds no error and concludes the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation, ECF No. 73, is adopted in full. Defendant's Motion to Dismiss, ECF No. 67,

1 – ORDER

is GRANTED. The claims against Defendants OSEA and SEA are dismissed with prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED.

    DATED this 21st day of November, 2024.

                                                 _s/Michael J. McShane_____
                                                      Michael McShane
                                        United States District Judge